DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE PILKINGTON

No. 172P88.

Case below: 89 N.C. App. 356.

Petition by respondents for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

IN RE WILL OF SIMPSON

No. 173P88.

Case below: 89 N.C. App. 356.

Petition by caveator for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

IN THE MATTER OF N.C.L.

No. 144P88.

Case below: 89 N.C. App. 79.

Petition by Edward L. Garrison for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

MYERS & CHAPMAN, INC. v. THOMAS G. EVANS, INC.

No. 140PA88.

Case below: 89 N.C. App. 41.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 June 1988.

N.C. FARM BUREAU MUT. INS. CO. v. WARREN

No. 127P88.

Case below: 89 N.C. App. 148.

Petition by all parties for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.